[EDITOR'S NOTE: This case is unpublished as indicated by the issuing court.]
MEMORANDUM OF DECISION
After reviewing the affidavits of debt submitted in connection with a hearing in damages, including an affidavit regarding attorney's fees, judgment hereby enters against the defendant Cutaia, in favor of the plaintiffs listed below. The amounts specified include interest from July 1, 1989 to February 22, 1994.
1. Ambi Real Estate
 Principal due: $12,152.91 Total interest due: 10,317.76
 Per diem = $6.03 (Interest 7/1/89 to 5/31/93 = $8694.40; Interest 6/1/93 to 10/20/93 = $ 863.36; Interest 10/21/93 to 2/22/94 = $ 760.00) CT Page 1773
Total owed: $22,470.67
2. Rudolph Aouilino
 Principal Due: $ 9,732.82 Total Interest Due: 8,264.39
 Per diem = $4.87 (Interest 7/1/89 to 5/31/93 = $6,964.10; Interest 6/1/93 to 10/20/93 = 691.54; Interest 10/21/93 to 2/22/94 = 608.75)
Total owed: $17,997.21
3. Carole Bishop
 Principal due: $ 9,732.82 Total Interest due: 8,264.39
 Per diem = $4.87 (Interest 7/1/89 to 5/31/93 = $ 6,964.10; Interest 6/1/93 to 10/20/93 = 691.54; Interest 10/21/93 to 2/22/94 = 608.75)
Total owed: $17,997.21
4. Thomas Boyden
 Principal due: $ 9,163.31 Total Interest due: 6,929.54
 Per diem = $4.58 (Interest 7/1/89 to 5/31/93 = $ 5,711.26; Interest 6/1/93 to 10/20/93 = 645.78; Interest 10/21/93 to 2/22/94 = 572.50)
Total owed: $16,092.85
5. Leonard Delisi
 Principal due: $ 9,732.82 Total interest due: 8,264.39
 Per diem = $4.87 (Interest 7/1/89 TO 5/31/93 = $ 6,964.10; CT Page 1774 Interest 6/1/93 to 10/20/93 = 691.54; Interest 10/21/93 to 2/22/94 = 608.75)
Total owed: $17,997.21
6. Norman Diamond
 Principal due: $ 8,101.92 Total Interest due: 6,872.85
 Per diem = $4.05 (Interest 7/1/89 to 5/31/93 = $ 5,791.50; Interest 6/1/93 to 10/20/93 = 575.10; Interest 10/21/93 to 2/22/94 = 506.25)
Total owed: $14,974.77
7. Kwang Duck-You
 Principal due: $29,198.49 Total due: 24,776.20
 Per diem = $14.60 (Interest 7/1/89 to 5/31/93 = $20,878.00; Interest 6/1/93 to 10/20/93 = 2,073.20; Interest 10/21/93 to 2/22/94 = 1,825.00)
Total owed: $53,974.69
8. Efron Efron Real Estate
 Principal due: $16,203.87 Total interest due: 13,745.70
 Per diem = $8.10 (Interest 7/1/89 to 5/31/93 = $11,583.00; Interest 6/1/93 to 10/20/93 = 1,150.20; Interest 10/21/93 to 2/22/94 = 1,012.50)
Total owed: $29,949.57
9. Lowell E. Enslen
 Principal due: $14,599.26 Total interest due: 12,388.10 CT Page 1775
 Per diem = $7.30 (Interest 7/1/89 to 5/31/93 = $10,439.00; Interest 6/1/93 to 10/20/93 = 1,036.60; Interest 10/21/93 to 2/22/94 = 912.50)
Total owed: $26,987.36
10. John Gary Fencik
 Principal due: $14,599.26 Total interest due: 12,388.10
 Per diem = $7.30 (Interest 7/1/89 to 5/31/93 = $10,439.00; Interest 6/1/93 to 10/20/93 = 1,036.60; Interest 10/21/93 to 2/22/94 = 912.50)
Total owed: $26,987.36
11. Sheldon Fox
 Principal due: $14,599.26 Interest due: 12,388.10
 Per diem = $7.30 (Interest 7/1/89 to 5/31/93 = $10,439.00; Interest 6/1/93 to 10/20/93 = 1,036.60; Interest 10/21/93 to 2/22/94 = 912.50)
Total owed: $26,987.36
12. Raymond and Joan Bill
 Principal due: $14,599.26 Total interest due: 12,388.10
 Per diem = $7.30 (Interest 7/1/89 to 5/31/93 = $10,439.00; Interest 6/1/93 to 10/20/93 = 1,036.60; Interest 10/21/93 to 2/22/94 = 912.50)
Total owed: $26,987.36
13. Renee Gordon CT Page 1776
 Principal due: $14,599.26 Total interest due: 12,388.10
 Per diem = $7.30 (Interest 7/1/89 to 5/31/93 = $10,439.00; Interest 6/1/93 to 10/20/93 = 1,036.60; Interest 10/21/93 to 2/22/94 = 912.50)
Total owed: $26,987.36
14. Alan S. Greenberg
 Principal due: $76,968.38 Total interest due: 65,300.56
 Per diem = $38.48 (Interest 7/1/89 to 5/31/93 = $55,026.40; Interest 6/1/93 to 10/20/93 = 5,464.16; Interest 10/21/93 to 2/22/94 = 4,810.00)
Total owed: $142,268.94
15. Hiljan Associates
 Principal due: $ 29,198.49 Total interest due: 24,776.20
 Per diem = $14.60 (Interest 7/1/89 to 5/31/93 = $20,878.00; Interest 6/1/93 to 10/20/93 = 2,073.20; Interest 10/21/93 to 2/22/94 = 1,825.00)
Total owed: $ 53,974.69
16. Walter A. March
 Principal due: $ 14,599.26 Total interest due: 12,388.10
 Per diem = $7.30 (Interest 7/1/89 to 5/31/93 = $10,439.00; Interest 6/1/93 to 10/20/93 = 1,036.60; Interest 10/21/93 to 2/22/94 = 912.50) CT Page 1777
Total owed: $ 26,987.36
17. Richard A. Mayer
 Principal due: $ 9,732.82 Total interest due: 8,264.39
 Per diem = $4.87 (Interest 7/1/89 to 5/31/93 = $6,964.10; Interest 6/1/93 to 10/20/93 = 691.54; Interest 10/21/93 to 2/22/94 = 608.75)
Total owed: $17,997.21
18. Bruce Patron and Randee Massetti
 Principal due: $14,599.26 Total interest due: 12,388.10
 Per diem = $7.30 (Interest 7/1/89 to 5/31/93 = $10,439.00; Interest 6/1/93 to 10/20/93 = 1,036.60; Interest 10/21/93 to 2/22/94 = 912.50)
Total owed: $26,987.36
19. Wayne D. Paulson
 Principal due: $14,599.26 Total interest due: 12,388.10
 Per diem = $7.30 (Interest 7/1/89 to 5/31/93 = $10,439.00; Interest 6/1/93 to 10/20/93 = 1,036.60; Interest 10/21/93 to 2/22/94 = 912.50)
Total owed: $26,987.36
20. Doug Plank
 Principal due: $ 9,732.82 Total interest due: 8,264.39
 Per diem = $4.87 (Interest 7/1/89 to 5/31/93 = $6,964.10; CT Page 1778 Interest 6/1/93 to 10/20/93 = 691.54; Interest 10/21/93 to 2/22/94 = 608.75)
Total owed: $17,997.21
21. Marvin H. Salisbury
 Principal due: $14,599.26 Total interest due: 12,388.10
 Per diem = $7.30 (Interest 7/1/89 to 5/31/93 = $10,439.00; Interest 6/1/93 to 10/20/93 = 1,036.60; Interest 10/20/93 to 2/22/94 = 912.50)
Total owed: $26,987.36
22. S. Roger Schoenfeld
 Principal due: $ 9,732.82 Total interest due: 8,264.32
 Per diem = $4.87 (Interest 7/1/89 to 5/31/93 = $6,964.10; Interest 6/1/93 to 10/20/93 = 691.54; Interest 10/21/93 to 2/22/94 = 608.75)
Total owed: $17,997.21
23. Michael Soojian
Principal due: $29,198.49 Total interest due: 24,776.20
 Per diem = $14.60 (Interest 7/1/89 to 5/31/93 = $20,878.00; Interest 6/1/93 to 10/20/93 = 2,073.20; Interest 10/20/93 to 2/22/94 = 1,825.00)
Total owed: $53,974.69
In addition, attorney's fees of $12,536.00 and costs of $599.20 are awarded against defendant Cutaia.
So ordered. CT Page 1779
Dated at Stamford Superior Court, this February 22, 1994.
WILLIAM BURKE LEWIS